■ ERNEST VARRICCHIO, Appellant, v DENNIS STERLING et al., Respondents. [926 NYS2d 320]—

On July 16, 2008, this pre-note of issue action was marked

"other final disp." after the parties failed to appear for a compliance conference. CPLR 3404 does not apply to this pre-note of issue action (*see Mitskevitch v City of New York*, 78 AD3d 1137, 1138 [2010]; *Lopez v Imperial Delivery Serv.*, 282 AD2d 190, 199 [2001]). Furthermore, there was neither a 90-day notice pursuant to CPLR 3216, nor an order dismissing the complaint pursuant to 22 NYCRR 202.27 (*see Mitskevitch v City of New York*, 78 AD3d at 1138; *Casavecchia v Mizrahi*, 62 AD3d 741, 742 [2009]; *Burdick v Marcus*, 17 AD3d 388 [2005]; *123X Corp. v McKenzie*, 7 AD3d 769 [2004]). Accordingly, that branch of the plaintiff's motion which was to restore the action to active status should have been granted. Skelos, J.P., Dickerson, Hall, Austin and Miller, JJ., concur.